**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

JOHN PARRA

VERSUS

THE KANSAS CITY SOUTHERN
RAILWAY COMPANY, ET AL.

CIVIL ACTION

23-1528-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Scott D. Johnson dated October 23, 2024, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that Plaintiff's cause of action is DISMISSED pursuant to Local Civil Rule 41(b), and this Court's inherent power, for failure to prosecute.

Signed in Baton Rouge, Louisiana, on this ___11th___ day of December, 2024.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 28.